## INDEX OF DOCUMENTS FILED IN STATE COURT

1. State Court Docket (printed April 10, 2025)
2. Plaintiff's Original Petition filed in state court February 28, 2025
3. Citation filed in state court March 7, 2025
4. Service Request Form dated March 5, 2025
5. Affidavit of Service filed in state court March 14, 2025
6. Duplicate copy of Affidavit of Service filed in state court March 14, 2025

Case 4:25-cv-00392-O   Document 1-3   Filed 04/10/25   Page 1 of 1   PageID 7