# Tarrant County District Clerk Online
## Thomas A. Wilder, District Clerk

Civil Case and Transaction Information                    04/10/2025 10:53 AM

Court : [ 048 ▾ ]  Case : [ 362397 ]  [ Search ]  [ New Search ]  ☐ Show Service Documents ONLY

**Cause Number : 048-362397-25**                    **Date Filed : 02-28-2025**

KATHERINE SWEENEY | VS | ASSOCIATION OF INDEPENDENT MORTGAGE EXPERTS

**Cause of Action :** CONTRACT, OTHER DEBT/CONTRACT
**Case Status :** PENDING

| File Mark | Description | | Assessed Fee | Credit/Paid Fee |
|---|---|---|---|---|
| 02-28-2025 | PLTF'S ORIG PET | N | $350.00 | |
| 02-28-2025 | PAYMENT RECEIVED trans #1 | Y | | $213.00 |
| 02-28-2025 | PAYMENT PAID TO STATE trans #1 | Y | | $137.00 |
| 02-28-2025 | CIT Sec of St-ISSUED ON ASSOCIATION OF INDEPENDENT MORTGAGE EXPE-On 03/07/2025 | N  Svc | $8.00 | |
| 02-28-2025 | PAYMENT RECEIVED trans #4 | Y | | $8.00 |
| 03-05-2025 | SVC/REG FORM (SENT TO DP) | | | $0.00 |
| 03-14-2025 | CIT RTN-ASSOCIATION OF INDEPENDANT MORTGAGE EXPERT | | | $0.00 |
| 03-14-2025 | CIT Sec of St Tr# 4 RET EXEC(ASSOCIATION OF INDEPENDENT MORTGAGE EXPERTS) On 03/11/2025 | | | $0.00 |