THE STATE OF TEXAS
DISTRICT COURT, TARRANT COUNTY

## CITATION

Cause No. 048-362397-25

KATHERINE SWEENEY
VS.
ASSOCIATION OF INDEPENDENT MORTGAGE EXPERTS

To and through the Secretary Of State, Statutory Documents Section, PO Box 12079, Austin TX 78711-2079
TO: ASSOCIATION OF INDEPENDENT MORTGAGE EXPERTS

6978 DIXIE HWY STE B
CLARKSTON, MI 48346-

SERVICE OF PROCESS MAY BE HAD UPON DEFENDANT BY DELIVERING TO THE SECRETARY OF STATE, OF THE STATE OF TEXAS, DUPLICATE COPIES OF THIS CITATION TOGETHER WITH DUPLICATE COPIES OF THE PLAINTIFF'S PETITION ATTACHED HERETO.
You said DEFENDANT are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION
at or before 10 o'clock A.M. of the Monday next after
the expiration of 20 days after the date of service hereof before the 48th District Court
,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas
said PLAINTIFF being

KATHERINE SWEENEY

Filed in said Court on February 28th, 2025 Against
ASSOCIATION OF INDEPENDENT MORTGAGE EXPERTS

For suit, said suit being numbered 048-362397-25 the nature of which demand is as shown on said
PLAINTIFF'S ORIGINAL PETITION  a copy of which accompanies this citation.

M JASON ANKELE
Attorney for KATHERINE SWEENEY Phone No. (214)520-7494
Address    600 E LAS COLINAS BLVD STE 1300 IRVING, TX 75039

____Thomas A. Wilder____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal
of said Court, at office in the City of Fort Worth, this the 7th day of March, 2025.

By ____Natalie Thigpen____
NATALIE THIGPEN

A CERTIFIED COPY
ATTEST: 03/07/2025
THOMAS A. WILDER
DISTRICT CLERK
Deputy COUNTY, TEXAS
BY: /s/ Natalie Thigpen

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM, on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

### OFFICER'S RETURN *04836239725000004*

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at
_____ within the county of _____, State of _____ at _____ o'clock ___M
on the _____ day of _____, _____ by delivering to the within named (Def.): _____
defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION
, having first endorsed on same the date of delivery.

RETURN / AFFIDAVIT
PROOF / ATTACHED

Authorized Person/Constable/Sheriff: _____
County of _____ State of _____ By _____ Deputy
Fees $_____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, ____
to certify which witness my hand and seal of office
(Seal)
County of _____, State of _____

# CITATION

Cause No. 048-362397-25

KATHERINE SWEENEY

VS.

ASSOCIATION OF INDEPENDENT MORTGAGE EXPERTS

ISSUED

This 7th day of March, 2025

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By     NATALIE THIGPEN Deputy

M JASON ANKELE
Attorney for: KATHERINE SWEENEY
Phone No. (214)520-7494
ADDRESS: 600 E LAS COLINAS BLVD STE 1300
IRVING, TX 75039

CIVIL LAW

*048362397250000004*
SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
ORIGINAL

A CERTIFIED COPY
ATTEST 03/07/2025
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY /s/ Natalie Thigpen