# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **KATHERINE SWEENEY,** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 4:25-cv-00392-O |
| | § | |
| **ASSOCIATION OF INDEPENDENT** | § | |
| **MORTGAGE EXPERTS,** | § | |
| *Defendant.* | § | |

## PLAINTIFF'S WRITTEN JURY DEMAND

1. Plaintiff Katherine Sweeney respectfully files and submits *Plaintiff's Written Jury Demand* in accord with Rule 38, requesting that any issue triable of right by a jury be tried by a jury. FED. R. CIV. P. 38.

Respectfully submitted,

SULLIVAN & COOK, LLC

/s/ Jeff Cook
M. JASON ANKELE, *OF COUNSEL*
State Bar No. 00786989
jankele@sullivancook.com
JEFF COOK
State Bar No. 04734495
jcook@sullivancook.com
WILLIAM COOK
State Bar No. 24125182
wcook@sullivancook.com
600 E. Las Colinas Boulevard, Suite 1300
Irving, Texas 75039
Telephone:   (214) 520-7494
Facsimile:   (214) 528-6925
ATTORNEYS FOR PLAINTIFF
KATHERINE SWEENEY

## CERTIFICATE OF SERVICE

I certify that this document was served on all counsel of record via the Court's ECF system on April 24, 2025.

>                     /s/ Jeff Cook
>                             JEFF COOK