# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Katherine Sweeney,
Plaintiff

v.

4:25-CV-00392-O
Civil Action No.

Association of Independent Mortgage Experts,
Defendant

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiff Katherine Sweeney

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Katherine Sweeney, Association of Independent Mortgage Experts

| | |
|---|---|
| Date: | April 28, 2025 |
| Signature: | /s/ M. Jason Ankele |
| Print Name: | M. Jason Ankele |
| Bar Number: | 00786989 |
| Address: | 600 Las Colinas E, Suite 1300 |
| City, State, Zip: | Irving, TX  75039 |
| Telephone: | 214.520.7494 |
| Fax: | 214.528.6925 |
| E-Mail: | jankele@sullivancook.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.