IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **KATHERINE SWEENEY**, | § | |
| | § | **Case No. 4:25-cv-00392-O** |
| **Plaintiff**, | § | |
| | § | |
| v. | § | |
| | § | |
| **ASSOCIATION OF INDEPENDENT MORTGAGE EXPERTS,** | § | |
| | § | |
| **Defendant**. | § | |
| | § | |

## JOINT MEDIATION REPORT

Plaintiff Katherine Sweeney ("Plaintiff") and Defendant Association of Independent Mortgage Experts ("Defendant"), by and through their undersigned counsel, hereby submit this Joint Mediation Report pursuant to the Court's July 18, 2025 Order (Doc. 22).

The parties conducted mediation on August 13, 2025. The case did not resolve at mediation. *See* ALTERNATIVE DISPUTE RESOLUTION SUMMARY filed by the mediator, Courtenay L. Bass, on August 13, 2025 (Doc. 23).

1

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | **MADIGAN, DAHL & HARLAN, P.A.** |
| Dated: August 20, 2025 |  |
|  | Thomas P. Harlan, *pro hac vice*<br>Christopher W. Bowman, *pro hac vice*<br>Trenton K. Seegert, *pro hac vice*<br>33 South Sixth Street, Suite 3675<br>Minneapolis, MN 55402<br>Phone: 612-604-2000<br>harlan@mdh-law.com<br>bowman@mdh-law.com<br>seegert@mdh-law.com |
|  | -and- |
|  | **DROEL, PLLC** |
|  | <u>s/Evan H. Weiner</u><br>Timmy L. Droel (TX Bar No. 24075548)<br>Evan H. Weiner (MN Bar No. 389176), *pro hac vice*<br>5625 F.M. 1960 West, Suite 214<br>Houston, TX 77069<br>Phone: (832) 701-9905<br>tdroel@droellaw.com<br>eweiner@droellaw.com |
|  | *Attorneys for Defendant Association of Independent Mortgage Experts* |
|  | *and* |

SULLIVAN & COOK, LLC

s/ M. Jason Ankele
M. Jason Ankele, *of counsel*
State Bar No. 00786989
Jeff Cook
State Bar No. 04734495
William Cook
State Bar No. 24125182
600 E. Las Colinas Boulevard, Suite 1300
Irving, Texas 75039
Phone: (214) 520-7494
jankele@sullivancook.com
jcook@sullivancook.com
wcook@sullivancook.com

*Attorneys for Plaintiff Katherine Sweeney*

3