IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KATHERINE SWEENEY, | § | |
| | § | Case No. 4:25-cv-00392-O |
| Plaintiff/Counterclaim Defendant, | § | |
| | § | |
| v. | § | |
| | § | |
| ASSOCIATION OF INDEPENDENT MORTGAGE EXPERTS, | § | |
| | § | |
| Defendant/Counterclaim Plaintiff. | § | |
| | § | |

## DEFENDANT/COUNTERCLAIM PLAINTIFF ASSOCIATION OF INDEPENDENT MORTGAGE EXPERTS' INITIAL EXPERT DESIGNATION

Pursuant to Paragraph 4(a) of the August 29, 2025, Scheduling Order issued by the Court in the above-captioned matter (ECF No. 27) and Fed. R. Civ. P. 26(a)(2), Defendant/Counterclaim Plaintiff Association of Independent Mortgage Experts ("AIME") identifies the following experts who are expected to testify at trial on AIME's behalf and present evidence under Fed. R. Evid. 702, 703, and/or 705:

**Robert Nederhood, Esq.**
**FOLEY & LARDNER LLP**
**500 Woodward Avenue, Suite 2700**
**Detroit, Michigan 48226**
**T: (313) 234-7154**
**E: rnederhood@foley.com**

1

Mr. Nederhood is an expert retained by AIME to provide expert testimony in this matter. Pursuant to Fed. R. Civ. P. 26(a)(2)(B), a written report, prepared and signed by Mr. Nederhood, setting forth (i) a complete statement of all opinions Mr. Nederhood will express and the basis and reasons for those opinions; (ii) the facts or data considered by Mr. Nederhood in forming those opinions; (iii) any exhibits that will be used to summarize or support those opinions; (iv) Mr. Nederhood's qualifications, including a list of any publications authored in the previous ten (10) years; (v) a statement that he has not testified as an expert witness in any other matter in the previous four (4) years; and (vi) a statement of the compensation to be paid to Mr. Nederhood for the study and testimony in the case is being served on counsel for Plaintiff/Counterclaim Defendant Katherine Sweeney.

***

In addition to the above-named expert, AIME reserves the right to designate and call witnesses/experts necessary for rebuttal/foundation purposes, and any and all witnesses/experts listed, identified, or endorsed by Plaintiff/Counterclaim Defendant Katherine Sweeney. AIME also reserves the right to supplement and amend these opinions and this disclosure to the extent additional information becomes known through investigation, discovery, and depositions.

*[Remainder of this page purposefully left blank. Signature block follows.]*

Respectfully Submitted,

**MADIGAN, DAHL & HARLAN, P.A.**

Dated: September 23, 2025

Thomas P. Harlan, *pro hac vice*
Christopher W. Bowman, *pro hac vice*
Trenton K. Seegert, *pro hac vice*
33 South Sixth Street, Suite 3675
Minneapolis, MN 55402
Phone: 612-604-2000
Fax: 612-604-2599
harlan@mdh-law.com
bowman@mdh-law.com
seegert@mdh-law.com

*-and-*

**DROEL, PLLC**

*s/Evan H. Weiner*
Timmy L. Droel (TX Bar No. 24075548)
Evan H. Weiner (MN Bar No. 389176), *pro hac vice*
5625 F.M. 1960 West, Suite 214
Houston, TX 77069
Phone: (832) 701-9905
tdroel@droellaw.com
eweiner@droellaw.com

*Attorneys for Defendant/Counterclaim Plaintiff Association of Independent Mortgage Experts*