UNITED STATES DISTRICT COURT FOR
THE  NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KATHERINE SWEENEY. | § | |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL CASE NO. 4:25-CV-00392-O |
| | § | |
| ASSOCIATION OF INDEPENDENT | § | |
| MORTGAGE EXPERTS, | § | |
|     *Defendant.* | § | |

## PLAINTIFF KATHERINE SWEENEY'S EXPERT WITNESS DESIGNATION TO COURT

Pursuant to Paragraph 4(a) of the Court's August 29, 2025, Scheduling Order in the above-entitled matter (ECF No. 27) and Fed. R. Civ. P. 26(a)(2), Plaintiff/Counter-Defendant Katherine Sweeney ("**Sweeney**") designates the following experts who are expected to testify at trial on Sweeney's behalf and present evidence under Fed. R. Evid. 702, 703, and/or 705:

Jeffrey Cook
SULLIVAN & COOK, LLC
600 East Las Colinas Blvd., Suite 1300
Irving, Texas 75039
(214) 520-7494
jcook@sullivancook.com

William Cook
SULLIVAN & COOK, LLC
600 East Las Colinas Blvd., Suite 1300
Irving, Texas 75039
(214) 520-7494
wcook@sullivancook.com

Adam Barela
Sullivan & Cook, LLC
600 East Las Colinas Blvd., Suite 1300
Irving, Texas 75039
(214) 520-7494
abarela@sullivancook.com

Jason Ankele
Sullivan & Cook, LLC
600 East Las Colinas Blvd., Suite 1300
Irving, Texas 75039
(214) 520-7494
jankele@sullivancook.com

The foregoing attorneys are Plaintiff's counsel of record and will offer testimony regarding the reasonableness and necessity of Plaintiff's attorney's fees. Pursuant to Fed. R. Civ. P. 26(a)(2)(C), Plaintiff is concurrently providing to AIME's counsel Plaintiff's designation of the above-identified experts.

Sweeney reserves the right to supplement and/or amend the opinions and this disclosure as and to the extent additional information becomes known through investigation and discovery. Sweeney further reserves the right to designate and call to testify any witnesses or other expert witnesses necessary for rebuttal and/or foundation purposes, as well as, any expert witnesses designated by Defendant/Counter-Plaintiff AIME.

Respectfully Submitted,

**SULLIVAN & COOK, LLC**

s/  William Cook
M. Jason Ankele, *of counsel*
State Bar No. 00786989
Jeff Cook
State Bar No. 04734495
William Cook
State Bar No. 24125182
600 E. Las Colinas Boulevard, Suite 1300
Irving, Texas 75039
Phone: (214) 520-7494
jankele@sullivancook.com
jcook@sullivancook.com
wcook@sullivancook.com

*Attorneys for Plaintiff Katherine Sweeney*

## CERTIFICATE OF SERVICE

I certify this document was served on all counsel of record via the Court's ECF System on September 23, 2025.

 /s/  William Cook
William Cook