IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **KATHERINE SWEENEY**, | § § § | |
| Plaintiff, | § § | Case No. 4:25-cv-00392-O |
| v. | § § § | |
| **ASSOCIATION OF INDEPENDENT MORTGAGE EXPERTS,** | § § § § | |
| Defendant. | § § | |

## AGREED MOTION FOR LEAVE TO EXTEND MEDIATION DEADLINE

COME NOW, Plaintiff Katherine Sweeney and Defendant Association of Independent Mortgage Experts and file this, their Agreed Motion for Leave to Extend Mediation Deadline and Brief in Support, and for cause would respectfully show the Court:

### 1 | MOTION FOR LEAVE

1.1     Plaintiff and Defendant respectfully move the Court for leave to extend the Court's Mediation Deadline.  The parties mutually agreed to an early mediation of their disputes and, to that end, attended a full-day mediation on August 13, 2025; however, the case did not settle at mediation.  On August 29, the Court entered its Scheduling Order which includes an October 21, 2025, deadline for the parties to attend an in-person mediation. (Doc. 27).  The parties are in the discovery process and believe a subsequent mediation would be most effective after the parties have been able to engage in discovery in this matter.

1.2    For this reason, Plaintiff and Defendant respectfully request that the Court grant leave to the parties to extend the mediation deadline by 120 days so that the parties may engage in discovery prior to further mediation.

2 | BRIEF IN SUPPORT OF MOTION FOR LEAVE TO EXTEND MEDIATION DEADLINE

2.1    Plaintiff Katherine Sweeney initiated this lawsuit in the 48th District Court of Tarrant County, Texas, in February of this year. In her petition, Plaintiff charged Defendant Association of Independent Mortgage Experts ("**AIME**") with breach of a Transition Agreement and Mutual Release (the "**Transition Agreement**"). Defendant AIME removed the lawsuit to this Court on April 10, 2025, based on party diversity, and subsequently filed a counterclaim, seeking declaratory judgment as to the Transition Agreement and asserting tort claims against Plaintiff.

2.2    Subsequent to the removal of the case, the parties agreed to participate in an early mediation and filed a Stipulation of Extension of Deadlines wherein they requested an extension of certain deadlines so the parties could focus on potentially resolving the case while minimizing their pre-mediation expenses. The Court granted the stipulation (Doc. 19), and the parties participated in mediation on August 13, 2025; however, the case did not settle at mediation. *See* ALTERNATIVE DISPUTE RESOLUTION SUMMARY filed by the mediator, Courtenay L. Bass (Doc. 23). On August 29, the Court entered its Scheduling Order which includes an October 21, 2025, deadline for the parties to attend an in-person mediation. (Doc. 27). The Trial Date is April 20, 2026. (Doc. 27).

2.3  The parties have commenced discovery, including the exchange of Initial Disclosures. Given that the parties engaged in a full-day mediation just 7 weeks ago and have only recently commenced substantive discovery, the parties respectfully request the Court grant leave to extend the Court's October 21, 2025, mediation deadline by 120 days so that the parties may conduct discovery prior to attending another mediation conference. The parties will be taking multiple depositions that may require travel to several states and will take time to coordinate and schedule.

2.4  An extension of the deadline by 120 days provides a new deadline of February 18, 2026, which is prior to the deadlines for pretrial disclosures and the exchange of pretrial materials, and does not impact the current Trial Date.

### 3 | PRAYER

WHEREFORE, Plaintiff Katherine Sweeney and Defendant AIME mutually request the Court grant leave to extend the October 21, 2025, mediation deadline to February 18, 2026.

Respectfully Submitted,
**SULLIVAN & COOK, LLC**

/s/ William Cook
M. Jason Ankele, *of counsel*
State Bar No. 00786989
Jeff Cook
State Bar No. 04734495
William Cook
State Bar No. 24125182
Adam Barela
State Bar No. 24027138
600 E. Las Colinas Boulevard, Suite 1300
Irving, Texas 75039
Phone: (214) 520-7494
jankele@sullivancook.com
jcook@sullivancook.com

        wcook@sullivancook.com
        abarela@sullivancook.com
        *Attorneys for Plaintiff Katherine Sweeney*

      -and-

**MADIGAN, DAHL & HARLAN, P.A.**

Thomas P. Harlan, *pro hac vice*
Christopher W. Bowman, *pro hac vice*
Trenton K. Seegert, *pro hac vice*
33 South Sixth Street, Suite 3675
Minneapolis, MN 55402
Phone: 612-604-2000
harlan@mdh-law.com
bowman@mdh-law.com
seegert@mdh-law.com

      -and-

**DROEL, PLLC**

 s/Evan H. Weiner
Timmy L. Droel (TX Bar No. 24075548)
Evan H. Weiner (MN Bar No. 389176), *pro hac vice*
5625 F.M. 1960 West, Suite 214
Houston, TX 77069
Phone: (832) 701-9905
tdroel@droellaw.com
eweiner@droellaw.com

*Attorneys for Defendant*
*Association of Independent Mortgage Experts*

**CERTIFICATE OF SERVICE**

I certify this document was served on all counsel of record via the Court's ECF System on September 30, 2025.

                                                      /s/  William Cook
                                                               William Cook