IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KATHERINE SWEENEY §<br>§<br>  Plaintiff, §<br>§<br>v. §<br>§<br>ASSOCIATION OF INDEPENDENT §<br>MORTGAGE EXPERTS §<br>§<br>  Defendant. § | Civil Action No. 4:25-CV-00392-O |

## ORDER

Before the Court is Plaintiff's Motion for Leave to File the First Amended Complaint, filed October 28, 2025 (ECF No. 34). In light of the rapidly approaching dispositive motions deadline and in exercise of the Court's inherent authority to manage its own docket "with a view toward the efficient and expedient resolution" of the issues presented in this case, *Dietz v. Bouldin*, 579 U.S. 40, 47 (2016), the parties are **ORDERED** to comply with the following expedited briefing schedule:

- **On or before November 12, 2025**, Plaintiffs shall file their Response in Opposition to the Motion; **and**

- **On or before November 19, 2025**, Defendant may file its Reply in Support of the Motion. **SO ORDERED** on this **29th day** of **October, 2025.**

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**