IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KATHERINE SWEENEY,<br><br>    Plaintiff,<br><br>v.<br><br>ASSOCIATION OF INDEPENDENT<br>MORTGAGE EXPERTS et al,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§   Civil Action No. 4:25-CV-00392-O<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Before the Court is the Parties' Agreed Motion to Transfer Venue (ECF No. 51). Parties seek to transfer this matter to the United States District Court for the Eastern District of Michigan pursuant to 28 U.S.C. § 1404(a). Because venue in the Eastern District of Michigan is proper as all Defendants are residents of Michigan and Plaintiff is a citizen of Texas. Because the Parties have demonstrated that transfer would be "for the convenience of parties and witnesses in the interest of justice," the Motion is **GRANTED**. 28 U.S.C. § 1404(a). Accordingly, the above-captioned matter is hereby transferred to the United States District Court for the Eastern District of Michigan. Defendants UWM and DeCiantis **SHALL** answer or otherwise respond to the First Amended Complaint within seven days after a case number is assigned by the U.S. District Court for the Eastern District of Michigan.

**SO ORDERED** on this **8th day** of **January, 2026.**

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**